IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-324-BO

| | |
|---|---|
| CHARLES TURNMIRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOVER JONES and )<br>PAT JONES, )<br>Defendants. )<br>_____ ) | O R D E R |

This matter is before the Court on the plaintiff's request for reconsideration of the Court's July 9, 2013 Order [DE 18]. For the reasons stated herein, the plaintiff's motion is DENIED.

Rule 60(b) provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding." The rule then enumerates six circumstances under which such relief would be proper. In its filings, the plaintiff is unclear about which circumstances exist that would entitle him to relief. Nevertheless, on the Court's own inquiry no ground exists upon which Rule 60(b) relief would be appropriate. As the plaintiff has failed to establish any "just terms" that would merit the relief requested the plaintiff's motion is properly denied.

SO ORDERED.
This the **30** day of July, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1